■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY JENKINS, Appellant. [678 NYS2d 750] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered July 14, 1997, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Copertino, Santucci and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY JONES, Appellant. [678 NYS2d 905] —Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (Berry, J.), imposed April 8, 1997, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed.

The defendant validly waived his right to appeal as part of the negotiated plea agreement (*see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). In any event, his contention that the sentence is excessive is without merit. Mangano, P. J., Bracken, Copertino, Sullivan and McGinity, JJ., concur.